NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TODD SIEGMEISTER,<br><br>*Plaintiff*,<br><br>v.<br><br>VASSAL BENFORD, LEON DAVIS t/a NEW NATION VENTURES and RONALD M. LEBOW, Esquire Attorney at law, State of California, and Jane Doe and John Doe 1 to 5,<br><br>*Defendants*. | Civil Action No. 15-07099<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion; and for good cause shown

IT IS on this 1st day of June 2017

**ORDERED** that Plaintiff's motion for default judgment (D.E. 12) is **DENIED**; and it is further

**ORDERED** that Plaintiff may file an amended complaint within forty-five days of this Order; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order on Plaintiff via certified mail return receipt.

_____
John Michael Vazquez, U.S.D.J.